452 A.2d 1075

Commonwealth v. Patrick, Appellant.

Argued June 8, 1982. Gary R. Egoville, Assistant Public Defender, for appellant; Joseph Hylan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.